JS-6

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| CREE, INC., et al., | Case No.: 2:15-cv-09738 RSWL (AGRx) |
| Plaintiff, | **PERMANENT INJUNCTION AGAINST DEFENDANTS SHELTER INTERNATIONAL, INC., SHELTER DISTRIBUTORS, INC., LAST PUNCH, INC. D/B/A SUNNY & OMI SALES, LIFE GEARS ACCESSORIES, INC. AND MUHAMMAD S. ARSHAD AND DISMISSAL OF ENTIRE ACTION, WITHOUT PREJUDICE** |
| v. | |
| SHELTER INTERNATIONAL, INC., et al., | |
| Defendants. | |
| | **Honorable Judge Ronald S.W. Lew** |

The Court, pursuant to the Stipulation for Entry of Final Judgment, including Permanent Injunction, between Plaintiff Cree, Inc. ("Plaintiff"), on the one hand, and Defendants Shelter International, Inc., Shelter Distributors, Inc., Last Punch, Inc. d/b/a Sunny & Omi Sales, Life Gears Accessories, Inc., and Muhammad S. Arshad ("Defendants"), on the other hand, hereby ORDERS, ADJUDICATES and DECREES that a permanent injunction shall be and hereby is entered against Defendants as follows:

///

**1.** **<u>PERMANENT INJUNCTION.</u>**  Defendants and any person or entity acting in concert with, or at their direction, including any and all agents, servants, employees, partners, assignees, distributors, suppliers, resellers and any others over which they may exercise control, are hereby restrained and enjoined, pursuant to 15 United States Code ("U.S.C.") §1116(a), from engaging in, directly or indirectly, or authorizing or assisting any third party to engage in, any of the following activities:

(i)   copying, manufacturing, importing, exporting, purchasing, marketing, advertising, offering for sale, selling, receiving, storing, fulfilling, distributing or dealing in any product or service that uses, or otherwise making any use of, any of Plaintiffs' intellectual properties, including but not limited to, the **CREE**® word and design trademarks (Reg. Nos. 2,440,530; 2,452,761; 3,935,628; 3,935,629; 3,938,970; 4,026,756; 3,935,630; 3,935,631; 3,938,971; 2,922,689; 3,998,141; 3,998,142; 4,233,855; 4,234,124; 4,641,937; 4,597,310; 4,597,311; 4,767,107; 4,771,402; 4,787,288), **CREE LEDS**® word and design trademarks (Reg. Nos. 3,360,315; 4,558,924), **CREE LED LIGHT**® word and design trademarks (Reg. No. 3,327,299), **CREE LED LIGHTING**® word and design trademarks (Reg. Nos. 3,891,756; 3,891,765), **CREE LED LIGHTING SOLUTIONS**® word and design trademarks (Reg. No. 3,526,887), **CREE TRUEWHITE**® word and design trademarks (Reg. Nos. 4,029,469; 4,091,530), and **CREE TRUEWHITE TECHNOLOGY**® word and design trademarks (Reg. Nos. 4,286,398; 4,099,381) affixed to Plaintiff's Complaint for Damages and Declaratory Relief as **Exhibits "A"** - **"DD"** (ECF Dkt. 1, ¶38, Pages 8-13)(collectively, "Plaintiff's Intellectual Properties");

(ii)   using, advertising or displaying Plaintiff's Intellectual Properties to suggest that non-genuine led light products, including flashlights being advertised are manufactured, sponsored or endorsed by Plaintiff; and/or

(iii)   owning or controlling any Internet domain name or website that

1    uses any of Plaintiff's Intellectual Properties.

2         **2.**    This Permanent Injunction shall be deemed to have been served upon

3    Defendants at the time of its execution by the Court.

4         **3.**    The Court finds there is no just reason for delay in entering this

5    Permanent Injunction against Defendants, and the Court directs immediate entry of

6    this Permanent Injunction against Defendants.

7         **4.**    **NO APPEALS AND CONTINUING JURISDICTION.**    No

8    appeals shall be taken from this Permanent Injunction, and the parties waive all

9    rights to appeal.   This Court expressly retains jurisdiction over this matter to

10   enforce any violation of the terms of this Permanent Injunction by Defendants.

11        **5.**    **NO FEES AND COSTS.**  Each party shall bear its/his own attorneys'

12   fees and costs incurred in this matter.

13        **6.**    **DISMISSAL OF ENTIRE ACTION**. Upon entry of this Permanent

14   Injunction against Defendants, the case shall be dismissed, without prejudice, in its

15   entirety.

16        IT IS SO ORDERED, ADJUDICATED and DECREED this 13th day of

17   August, 2016.

18                                          s/ RONALD S.W. LEW
19                                          HON. RONALD S.W. LEW
20                                          United States District Judge

21

22

23

24

25

26

27

28

**PERMANENT INJUNCTION AND DISMISSAL**